# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>TIMOTHY LIPPS,<br><br>        Defendant. | Case No. 1:14-mj-00167-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | DUI, in violation of 36 CFR 4.23(a)(1) and Open Container, in violation of 36 CFR 4.14(b) |
| **Sentence Date:** | March 19, 2015 |
| **Review Hearing Date:** | March 3, 2016 |
| **Probation Expires On:** | March 18, 2017 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,750 fine and $10 special assessment

☒ Payment schedule: $50.00/month beginning in April of 2015

☒ Community Service hours Imposed of: 25 Hours

☒ Other Conditions: Complete DUI Multi-Offender Program

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 500.00
    ☒ If not paid in full when was last time payment:    Date: February, 2016
                                                                                                          Amount: 50.00

☒ To date, Defendant has completed the full 25 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant is enrolled in the 18-month DUI course and is on-track to complete the program in August, 2016.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance. Please note: the government does not disagree that the defendant has made the payments referenced above, but the Clerk's office has not yet responded to the government's requests for a payment history.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Katherine A. Plante

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/3/2016 at 10:00 a.m.

    ☒ be continued to 9/15/2016 at 10:00 a.m.; or

    ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  2/18/2016                 */s/ Megan Hopkins*
                                                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for March 3, 2016 at 10:00 a.m. be continued to October 6, 2016 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **February 22, 2016**                     _____
                                                              UNITED STATES MAGISTRATE JUDGE