# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00167-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| TIMOTHY LIPPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**   DUI, in violation of 36 CFR 4.23(a)(1) and Open Container, in violation of 36 CFR 4.14(b)

**Sentence Date:**   March 19, 2015

**Review Hearing Date:**   October 6, 2016

**Probation Expires On:**   March 18, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:**  $1,750 fine and $10 special assessment

☒   Payment schedule: $50.00/month beginning in April of 2015

☒   Community Service hours Imposed of:  25 Hours

☒   Other Conditions: Complete DUI Multi-Offender Program

## *COMPLIANCE:*

☐   Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒   To date, Defendant has paid a total of $ 900.00
    ☒ If not paid in full when was last time payment:     Date: September 15, 2016
                                                          Amount: 50.00

☒   To date, Defendant has completed the full 25 hours of community service.

☒   Compliance with Other Conditions of Probation:  Defendant has two (2) remaining class sessions in order to complete his 18-month Multi-Offender DUI Course. He is on schedule to complete the course on November 16, 2016.

<u>GOVERNMENT POSITION:</u>

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Michael Tierney*

<u>DEFENDANT'S REQUEST (OPTIONAL):</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/6/2016 at 10:00 a.m.

    ☒ be continued to January 5, 2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  9/19/2016                    */s/ Megan Hopkins*
                                       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for October 6, 2016 at 1:00 am be continued to January 5, 2017 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **September 22, 2016**

UNITED STATES MAGISTRATE JUDGE