# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00167-SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| TIMOTHY LIPPS, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** DUI, in violation of 36 CFR 4.23(a)(1) and Open Container, in violation of 36 CFR 4.14(b)

**Sentence Date:** March 19, 2015

**Review Hearing Date:** January 5, 2017

**Probation Expires On:** March 18, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,750 fine and $10 special assessment

☒ Payment schedule: $50.00/month beginning in April of 2015

☒ Community Service hours Imposed of: 25 Hours

☒ Other Conditions: Complete DUI Multi-Offender Program

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 1050.00
  ☒ If not paid in full when was last time payment:     Date: December 2016
                                                         Amount: 50.00

☒ To date, Defendant has completed 25 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has completed the 18-Month DUI Multi Offender Program and has filed a certificate of completion with the court.

**GOVERNMENT POSITION:**

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Michael Tierney*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 1/5/2017 at 10:00 a.m.

    ☒  be continued to 2/16/17 at 10:00 a.m.; or

    ☐  be vacated.

☒  In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  12/22/2016                              */s/ Megan Hopkins*
                                                              DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that the Review Hearing set for January 5, 2017 at 10:00 am be continued to February 16, 2017 at 10:00 a.m.  Defendant is ordered to appear.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **December 23, 2016**

UNITED STATES MAGISTRATE JUDGE