HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
TIMOTHY LIPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:14-mj-00167 SAB |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) MODIFICATION (EXTENSION) OF |
| vs. | ) PROBATION PURSUANT TO 18 U.S.C. §§ |
| | ) 3563(c) and 3564(d) |
| TIMOTHY LIPPS, | ) |
| Defendant. | ) JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Michael S. Tierney, counsel for plaintiff, and Megan T. Hopkins, Assistant Federal Defender, counsel for Defendant, that the probation period now scheduled to end on March 18, 2017 may be extended for a period of 6 months to September 18, 2017.  The parties move for this modification (extension) pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

The Defendant was sentenced by this Court on March 19, 2015 to 24 months unsupervised probation with the conditions of probation: 1) to pay a total monetary penalty of $1,760.00; 2) to complete 25 hours of community service; 3) to complete the DUI Multi-Offender Program; and 4) to obey all federal, state and local laws.

This extension of probation is requested by the parties so Defendant can demonstrate his

continued adherence to all federal, state, and local laws for an additional 6 months. Defendant complied with and has completed all terms of probation to date, however, an incident report dated February 27, 2016 indicated that there may have been a physical altercation with Defendant's co-habitant at the time. Although Defendant denies the allegation, the parties agree that the extension of time is appropriate in light of all of the circumstances.

WHEREFORE, the parties hereby request that the Defendant's probation be extended to September 18, 2017 pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: February 24, 2017        By:   */s/ Michael S. Tierney*
                                      MICHAEL S. TIERNEY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 24, 2017        By:   */s/ Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TIMOTHY LIPPS

## **O R D E R**

Good cause appearing and pursuant to the stipulation of parties, the Court hereby extends the Defendant's period of probation for 6 additional months to September 18, 2017. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 24, 2017**

UNITED STATES MAGISTRATE JUDGE